IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOROTHY GEAN AVANCE**                                    PLAINTIFF

v.                    No. 4:22-cv-580-DPM

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                         DEFENDANT

### ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 16*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Boettcher v. Astrue*, 652 F.3d 860, 863 (8th Cir. 2011). Avance's complaint will therefore be dismissed with prejudice. The Commissioner's decision is affirmed.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 May 2023