IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOROTHY GEAN AVANCE                                              PLAINTIFF

v.                        No. 4:22-cv-580-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                   DEFENDANT

JUDGMENT

Avance's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 May 2023